**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

MAURICIO RUEBEN,                                                                                          PLAINTIFF
REG. #59216-079

v.                                              2:13CV00033-DPM-JTK

T. C. OUTLAW, et al.                                                                                       DEFENDANTS

## ORDER

Defendant Hammer's Motion to Review a Document under Seal (Doc. No. 31) is GRANTED. Defendant may review the executed summons sealed by the Court (Doc. No. 25), for the limited purpose of determining if service was proper.

IT IS SO ORDERED this 16th day of July, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE