IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MAURICIO RUEBEN,                                             PLAINTIFF
Reg. #59216-079

v.                      No. 2:13-cv-33-DPM-JTK

UNITED STATES OF AMERICA                      DEFENDANT

### ORDER

On *de novo* review, the Court overrules Rueben's objections, № 85, and adopts Magistrate Judge Kearney's recommendation, № 84. FED. R. CIV. P. 72(b)(3). Expert testimony is needed under Arkansas law. And no compelling circumstances justify an appointment of one here. The United States' motion for summary judgment, № 50, is reinstated and granted. The Court appreciates Judge Kearney's further hard look at the expert issue.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 October 2014