# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**MAURICIO RUEBEN,**                                           **PLAINTIFF**
Reg. #59216-079

v.                            No. 2:13-cv-33-DPM

**T. C. OUTLAW**, Warden, FCI-Forrest City;
**D. W. HEUETT**, Assistant Warden, FCI-
Forrest City; **WILLIAM RESTO**, Clinical
Director, FCI-Forrest City; **MARY E.
GRAHAM**, Health Services Administrator,
FCI-Forrest City; **JEFFREY HAMMER**,
Physician Assistant, FCI-Forrest City;
**MISTY RIOS**, Registered Nurse, FCI-Forrest
City; **RHONDA LANGLEY**, Registered Nurse,
FCI-Forrest City; **R. M. MILLER**, Registered
Nurse, FCI-Forrest City; **MICHELLE WINGO**,
Physician Assistant, FCI-Forrest City; and
**UNITED STATES OF AMERICA**                **DEFENDANTS**

## JUDGMENT

1. All claims against Outlaw, Heuett, Resto, Graham, Rios, Langley, Miller, Wingo, and Hammer are dismissed with prejudice in accordance with this Court's earlier Order, № 72.

2. All claims against the United States are dismissed with prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

27 October 2014